(Del. Rev.12/98)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

Beverly L. Lewis

_____
(Name of Plaintiff or Plaintiffs)

v.   CIVIL ACTION NO. 06 - 440

Colonial School District

_____
(Name of Defendant or Defendants)

## COMPLAINT

1. This action is brought pursuant to **Americans Disabilities Act of 1990**
   (Federal statute on which action is based)
   for discrimination related to **medical disability** jurisdiction exists by virtue of
   (In what area did discrimination occur? e.g. race, sex, religion)
   **Americans Disabilities Act of 1990**
   (Federal statute on which jurisdiction is based)

2. Plaintiff resides at **804 Sweet Hollow Ct.**
                         (Street Address)
   **Middletown**   **New Castle**   **DE**   **19709**
   (City)          (County)         (State)  (Zip Code)
   **(302) 376-7446**
   (Area Code) (Phone Number)

3. Defendant resides at, or its business is located at **318 E. Basin Road**
                                                        (Street Address)
   **New Castle**   **New Castle**   **DE**   **19720**
   (City)          (County)         (State)  (Zip Code)

4. The alleged discriminatory acts occurred on **27**, **August**, **2004**
                                                 (Day)  (Month)  (Year)

5. The alleged discriminatory practice   ☐ is   ☒ is not continuing.

6. Plaintiff(s) filed charges with the <u>EEOC Philadelphia District Office</u>
   (Agency)
   <u>21 South 5th St. Philadelphia, PA 19106-2515</u>
   (Street Address)  (City)  (County)  (State) (Zip)

   regarding defendant(s) alleged discriminatory conduct on: <u>August 27, 2004</u>
   (Date)

7. Attach decision of the agency which investigated the charges referred in paragraph 6 above.

8. Was an appeal taken from the agency's decision?     Yes ☒    No ☐
   If yes, to whom was the appeal taken? <u>Dept. of Justice - Civil Rights Division</u>

9. The discriminatory acts alleged in this suit concern: (Describe facts on additional sheets if necessary)

   <u>( See attached Sheet )</u>

10. Defendant's conduct is discriminatory with respect to the following:
    A. ☐ Plaintiff's race
    B. ☐ Plaintiff's color
    C. ☐ Plaintiff's sex
    D. ☐ Plaintiff's religion
    E. ☐ Plaintiff's national origin
    F. ☒ Plaintiff's disability

Discriminatory acts alleged in this suit concern:

I am alleging that the defendant discriminated against me with my medical disability as it pertains to the American Disabilities Act of 1990.

1. During the time I was a full time teacher in the school district (2001-2004), I underwent several surgical procedures for a medical condition.
2. After the procedures, I lost the ability to maintain my balance which affected my ability to walk.
3. While always performing my daily duties as a teacher, the defendant provided accommodations (2003-2004) for lunch duty which was part of the duties I was to perform as a teacher. Lunch duty was at least twice a week, a schedule was made for other teachers to rotate taking my duty, while I took their outdoor recess duty.
4. My condition was also exacerbated when I was exposed to very loud noise volumes, especially in an enclosed area.
5. Medical documentation had been provided to the District regarding work limitations as it pertain to cafeteria duty, since the noise level is very loud in that area.
6. In June, 2004, my employment was terminated because of licensure requirements which I did not meet. In August, 2004, the defendant offered me a full time temporary position as a Reading Specialist. On the first day back to school, during a meeting, I learned that lunch duty and bus duty were required in this Reading Specialist position. I was able to do bus duty outside, but I could not do cafeteria duty due to the loud noise level of the students in the building.
7. I spoke to the principal regarding my continued concern because of my inability to walk in the cafeteria for lunch duty. She said she was sorry, and that she did not have anyone to do the duty, despite the principal's previous accommodations made in the past. I gave suggestions of people who might be able to help with the duty; she said they would not be able to. There were personnel that I suggested that could help, but she did not ask them. There were other teaching staff who said they would be able to do my lunch duty. The principal simply said that since I can't do the lunch duty, then you can't do the job.
8. I had no problems performing my teaching duties. The principal did not make any attempts to try to solicit help for the 30 minutes lunch duty as she had in the past.
9. I asked the principal to call Personnel to find out as to whether reasonable accommodation should be made. The answer back to the principal was no. The personnel director said if I could not do the lunch duty which was required, I could not do the job.
10. Based on the principal's non-attempt to solicit help as she had done previously, I the plaintiff, had no recourse but to leave the position.

    Beverly L. Lewis  v.   Colonial School District

11.  Plaintiff prays for the following relief:  (Indicate the exact relief requested)

_____

_____

_____ (See attached Sheet) _____

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Dated: __7/20/06__

_Beverly L. Lewis_
(Signature of Plaintiff)

# RELIEF REQUEST

Below is the relief requested due to the termination of my employment with the Colonial School District:

Upon hire, my rate of pay was at Level 0 (new starting teacher rate) with Bachelor's Plus 30 credits. That pay rate was $35,909 per year (per Carmela in Payroll), or $2992.42 a month, or $748.11 a week.

I only worked one (1) week: 8/23/04 – 8/27/04. For this week I was only paid at the substitute teacher rate of $104.00 day x 5 days = $520.00 (see attached pay stub). I should have been paid $748.11 as per above. The difference comes to $228.11 that I did not get because of separation from District. On 8/31/04 I called Payroll and spoke with Carmela Weber. She explained that my salary was reduced to the substitute rate from the teacher rate because I did not make the probationary period.

## Breakdown:

| | |
|---|---|
| Difference deducted from my one (1) week's wages | $228.11 |
| Months of salary missed because of separation (Sept., Oct., Nov., and Dec.)     $2,992.42 x 4 = | $11,969.68 |
| *90 consecutive days of substitute teaching in the District entitles any substitute teacher to take a free college graduate level course | $ 1,053.00 (2004 U of DE tuition) |
| Attorney's fees | (To Be Determined by Attorney)+ |
| Court Document Filing Fee | $350.00 |
| **TOTAL** | **$13,600.79+** |

*Ms. Gilbert, Principal, was fully aware of my career path. Previously, she wrote a letter of recommendation for me to enter into the master's graduate program at University of Delaware. I lost my opportunity to continue in the program that I started the previous summer session because my employment did not continue for the 90 consecutives days.

Beverly L. Lewis    v.    Colonial School District

06 - 440

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Beverly L. Lewis

(b) County of Residence of First Listed Plaintiff: New Castle
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)

## DEFENDANTS
Colonial School District

County of Residence of First Listed Defendant: New Castle
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known): Morris James, Hitchens Williams
David Williams - (302) 888-6900
222 Delaware Ave, Wilmington, DE 19899

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☒ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Americans Disabilities Act of 1990
Brief description of cause: Lost employment due to disability

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE                          DOCKET NUMBER

DATE                           SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No.  06 - 440

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ___1___ COPIES OF AO FORM 85.

_7/30/06_  _Beverly L. Lewis_
(Date forms issued)    (Signature of Party or their Representative)

_Beverly L. Lewis_
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

RE:   C.A.#  06 - 440

CASE CAPTION:  Lewis  v. Colonial School District

## ACKNOWLEDGMENT OF RECEIPT FOR F.R.Civ.P. 4

I hereby acknowledge receipt of a copy of Rule 4 (Summons) of the Federal Rules of Civil Procedure, and understand that it is my responsibility to make service of process on defendants in accordance with this rule.

Date Received by Plaintiff: 7/20/06          Signed: Beverly L. Lewis
                                                     Pro Se Plaintiff

Date Received by Clerk's office: 7-20-06     Signed: Beth Duncan
                                                     Deputy Clerk

Note: If you received Federal Rule 4 by mail, please sign this receipt and return it to:

Clerk
U.S. District Court
844 N. King Street
Lockbox 18
Wilmington, DE 19801

If applicable, Rule 4 mailed to plaintiff:

_____
Date mailed

_____
By Deputy Clerk

cc:  Docketing Clerk

wp\forms\rule4receipt 2-04