AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

Beverly L. Lewis

v.

Colonial School District

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:     0 6 -   4 4 0

FILED

JUL 25 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

TO: (Name and address of Defendant)

Colonial School District
318 E. Basin Road
New Castle, DE 19720

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                7-20-06

CLERK                                           DATE

(By) DEPUTY CLERK

✎AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 7/25/06 |
| NAME OF SERVER (*PRINT*)  Melissa Harrison | TITLE | Legal Courier |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defeudant. Place where served: *Colonial School District 318 E Basin Rd New Castle, DE 19720*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and diseretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/25/06
                  *Date*

*Signature of Server*

**TriState Courier & Carriage, Inc.**
**827 King Street**
**Wilmington, DE 19801**
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.