IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEVERLY L. LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-440 |
| | ) |
| COLONIAL SCHOOL DISTRICT, | ) |
| | ) |
| Defendant. | ) |

**ENTRY OF APPEARANCE**

Please enter the appearance of David H. Williams, Esquire, of Morris, James, Hitchens & Williams LLP as attorney for Defendant Colonial School District in the above-referenced action.

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

_____
David H. Williams (#616)
dwilliams@morrisjames.com
James H. McMackin, III (#4284)
jmcmackin@morrisjames.com
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/5849
Attorneys for Defendant Colonial School District

Dated: August 7, 2006

JYM/099999-8888/1439848/1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEVERLY L. LEWIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-440 |
| ) | |
| COLONIAL SCHOOL DISTRICT, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2006, I electronically filed the attached **ENTRY OF APPEARANCE** with the Clerk of Court using CM/ECF and that I have mailed by United States Postal Service, the document to the following non-registered participant:

Beverly L. Lewis
804 Sweet Hollow Court
Middletown, DE  19709

_____
David H. Williams (#616)
dwilliams@morrisjames.com
James H. McMackin, III (#4284)
jmcmackin@morrisjames.com
MORRIS, JAMES, HITCHENS & WILLIAMS, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/5849
Attorneys for Defendant Colonial School District

Dated:  August 7, 2006

JYM/099999-8888/1439819/1