IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BEVERLY L. LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-440 |
| | ) | |
| COLONIAL SCHOOL DISTRICT, | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY OF APPEARANCE**

Please enter the appearance of James H. McMackin, III, Esquire, of Morris, James, Hitchens & Williams LLP as attorney for Defendant Colonial School District in the above-referenced action.

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

_____
David H. Williams (#616)
dwilliams@morrisjames.com
James H. McMackin, III (#4284)
jmcmackin@morrisjames.com
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/5849
Attorneys for Defendant Colonial School District

Dated: August 7, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BEVERLY L. LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-440 |
| | ) |
| COLONIAL SCHOOL DISTRICT, | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2006, I electronically filed the attached **ENTRY OF APPEARANCE** with the Clerk of Court using CM/ECF and that I have mailed by United States Postal Service, the document to the following non-registered participant:

    Beverly L. Lewis
    804 Sweet Hollow Court
    Middletown, DE  19709

    /s/ James H. McMackin
    David H. Williams (#616)
    dwilliams@morrisjames.com
    James H. McMackin, III (#4284)
    jmcmackin@morrisjames.com
    MORRIS, JAMES, HITCHENS & WILLIAMS, LLP
    222 Delaware Avenue
    P.O. Box 2306
    Wilmington, DE 19899
    (302) 888-6900/5849
    Attorneys for Defendant Colonial School District

Dated:  August 7, 2006