IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BEVERLY L. LEWIS, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 06-440 |
| COLONIAL SCHOOL DISTRICT, | : | |
| Defendant. | : | |

**DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Colonial School District (the "District"), hereby moves for the Court to dismiss the complaint (the "Complaint") because the Complaint, which purports to assert discrimination claims under the Americans with Disabilities Act fails to state a claim upon which relief can be granted because there is no allegation the plaintiff (the "Plaintiff") exhausted her administrative remedies and there is no allegation she brought suit within 90 days of exhausting her administrative remedies.

**WHEREFORE**, for the reasons stated above and the reasons set forth in the accompanying Opening Brief, the Court should grant the District's Motion and enter an Order in the form attached, dismissing Plaintiff's Complaint with prejudice.

          Respectfully submitted,

          _/s/ James H. McMackin_____
          David H. Williams (#616)
          dwilliams@morrisjames.com
          James H. McMackin, III (#4284)
          jmcmackin@morrisjames.com
          MORRIS, JAMES, HITCHENS & WILLIAMS LLP
          222 Delaware Ave., 10th Floor
          P.O. Box 2306
          Wilmington, DE  19899
          (302) 888-6900/5849

Dated:  August 14, 2006          Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |  |
|---|---|---|
| BEVERLY L. LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-440 |
| | ) | |
| COLONIAL SCHOOL DISTRICT, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Now, this _____ day of _____, 2006, having considered Defendant Colonial School District's Motion to Dismiss and any opposition thereto, it is hereby **ORDERED** that the Motion is **GRANTED**. It is further **ORDERED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

SO ORDERED BY THE COURT:

_____
U.S.D.J.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BEVERLY L. LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-440 |
| | ) | |
| COLONIAL SCHOOL DISTRICT, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on August 14, 2006, I electronically filed the attached **DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** with the Clerk of Court using CM/ECF, and that I have mailed by United States Postal Service the document to the following non-registered participant:

> Beverly Lewis
> 804 Sweet Hollow Court
> Middletown, DE 19709

_____
David H. Williams (#616)
dwilliams@morrisjames.com
James H. McMackin, III (#4284)
jmcmackin@morrisjames.com
MORRIS, JAMES, HITCHENS & WILLIAMS, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/5849

Dated: August 14, 2006    Attorneys for Defendants

JYM/001255-0987/1441782/1