# REQUEST FOR DISMISSAL

September 14, 2006

**U.S. DISTRICT COURT FOR**
**DISTRICT OF DELAWARE**
King Street
Wilmington, DE 19801

Subject: 06-440-KAJ Lewis v. Colonial School District
Attention: Judge Kent A. Jordan

This letter serves as a written request by me, the Plaintiff, for a motion of dismissal for the above referenced civil case number that was filed by me on July 20, 2006.

I mailed, by United States Postal Service, a copy of this letter to the Defendant.

Sincerely,

*Beverly L. Lewis*

Beverly L. Lewis
804 Sweet Hollow Court
Middletown, DE 19709



FILED
SEP 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Copy to:
MORRIS, JAMES, HITCHENS & WILLIAMS, LLP
James H. McMackin, III
222 Delaware Avenue
PO Box 2306
Wilmington, DE 19899