IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BEVERLY L. LEWIS,                    )
                                     )
                Plaintiff,           )
                                     )
        v.                           )        Civil Action No. 06-440-KAJ
                                     )
COLONIAL SCHOOL DISTRICT,            )
                                     )
                Defendant.           )

## ORDER

The court, having considered plaintiff's request for voluntary dismissal of the

captioned matter (Docket Item ["D.I."] 8),

IT IS HEREBY ORDERED that the captioned action is DISMISSED.

IT IS FURTHER ORDERED that defendant's motion to dismiss (D.I. 6) is

DISMISSED as moot.

UNITED STATES DISTRICT JUDGE

September 22, 2006
Wilmington, Delaware